Case 2:15-cv-00203 Document 18 Filed in TXSD on 07/28/16 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 28, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUSTIN RAY STERRY, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL NO. 2:15-CV-203 |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner Justin Ray Sterry, Texas prisoner number 01538745, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging a prison disciplinary proceeding. D.E. 1 at 6. The Court has before it Respondent's motion for summary judgment, D.E. 16, to which Sterry did not respond, and the Memorandum and Recommendations of the magistrate judge to whom this case was referred pursuant to 28 U.S.C. § 636(b), D.E. 17 ("M&R"). The deadline to file objections to the magistrate judge's proposed findings and recommendations has passed, and the docket sheet shows that no objections have been filed. *See* 28 U.S.C. § 636(b)(1) (setting 14-day deadline to file objections); Fed. R. Civ. P. 72(b)(2) (same); *see also* M&R 10, D.E. 17 (advising parties of 14-day deadline).

After independently reviewing the record and considering the applicable law, the Court adopts the magistrate judge's proposed findings and recommendations; **GRANTS** Respondent's motion for summary judgment, D.E. 16; **DISMISSES** the petition for a writ of habeas corpus, D.E. 1; and **DENIES** Petitioner a certificate of appealability. The Clerk shall close this case after entering the accompanying judgment.

It is so **ORDERED**.

SIGNED this 28th day of July, 2016.

_____
Hilda G. Tagle
Senior United States District Judge